JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ISHMAIL BANGURA,<br>Plaintiff,<br>v.<br>COUNTY OF LOS ANGELES, et al.,<br>Defendants. | No. 2:26-cv-02119-CAS (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.

Dated: August 28, 2026

Christina A. Snyder

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE